# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **TAMMIE POLK,** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| *v.* | § | **CIVIL ACTION NO. _____** |
| | § | **JURY DEMANDED** |
| | § | |
| **FAMILY DOLLAR, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

---

## LOCAL RULE 81 INDEX OF EXHIBITS TO
## DEFENDANT FAMILY DOLLAR, INC.'S NOTICE OF REMOVAL

---

Pursuant to Local Rule Cv-81 of the Eastern District of Texas, Defendant FAMILY

DOLLAR, INC. hereby attaches this Index of Exhibits to its Notice of Removal as follows:

**Exhibit 1:**     **ALL EXECUTED PROCESS**

- *Civil Case Information Sheet*
- *Citation and Affidavit of Service for Family Dollar, Inc.*

**Exhibit 2:**     **ALL STATE COURT PLEADINGS**

- *Plaintiff's Original Petition filed November 27, 2017.*

- *Defendant Family Dollar, Inc.'s Original Answer filed January 2, 2018.*

**Exhibit 3:**     State Court Docket Sheet.

**Exhibit 4**:     A list of all counsel of record, including addressed telephone numbers and parties represented.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:  _____s/ Kevin P. Riley_____

Kevin P. Riley
*Attorney-in-Charge*
Southern Bar No. 13766
State Bar No. 16929100
E-Mail: kriley@krcl.com
Andrew J. Mihalick
Southern Bar No. 595221
State Bar No. 24046439
E-Mail: amihalick@krcl.com
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
713.425.7400

-and-

Zach T. Mayer
Southern Bar No. 604832
State Bar No. 24013118
E-Mail: zmayer@krcl.com
Robin R. Gant
Southern Bar No. 2364643
State Bar No. 24069754
E-Mail: rgant@krcl.com
1601 Elm Street, Suite 3700
Dallas, Texas 75201
214.777.4200

**ATTORNEYS FOR DEFENDANT
FAMILY DOLLAR, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 2nd day of January, 2018, a true and correct copy of the foregoing instrument was being served on all counsel of record, as follows:

| | |
|---|---|
| Jonathan C. Juhan | ☐ E-Mail |
| E-mail: jonathanjuhan@sbcglobal.net | ☐ HAND DELIVERY |
| J.J. Bragg | ☐ FACSIMILE |
| E-mail: jjbragglaw@att.net | ☐ OVERNIGHT MAIL |
| 985 I-10 North, Ste 100 | ☐ REGULAR, FIRST CLASS MAIL |
| Beaumont, Texas 77706 | ☒ ECM |
| (409) 924-8880 (Fax) | ☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

s/ *Kevin  P. Riley*
Kevin P. Riley

# EXHIBIT 1

CIVIL CASE INFORMATION SHEET

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
11/27/2017 3:34 PM
JAMIE SMITH
DISTRICT CLERK
E-200982

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY)* _____

STYLED   Tammie Polk v. Family Dollar, Inc. _____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Jonathan C. Juhan<br>Email: jonathanjuhan@sbcglobal.net | Plaintiff(s)/Petitioner(s):<br>Tammie Polk | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: 985 I-10 North, Suite 100<br>Telephone: 409/832-8877 | | Additional Parties in Child Support Case: |
| City/State/Zip: Beaumont, Texas 77706<br>Fax: 409/924-8880 | Defendant(s)/Respondent(s):<br>Family Dollar, Inc. | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>State Bar No: 11047225 | | Presumed Father: |
| | (Attach additional page as necessary to list all parties) | |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>  Liability: | ☐ Eminent Domain/<br>  Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☒ Motor Vehicle Accident<br>☒ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>  List Product:<br><br>☐ Other Injury or Damage: | **Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>  Pre-indictment<br>☐ Other: | **Other Family Law**<br>☐ Enforce Foreign<br>  Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>  of Minority<br>☐ Other: | **Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>  Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>  Rights<br>☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>  Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100, 000 but not more than $200,000
☐ $200,000—$1,000,000
☐ Over $1,000,000

CERTIFY THIS IS A TRUE COPY

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Janis Smith    Page 1 of 1

Rev 2/13



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH , DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Certified Document Number: 1867587 Total Pages: 1

In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents
are valid. If there is a question regarding the validity of this document and or seal  please e-mail
districtclerk@co.jefferson.tx.us

C0200982---00005

CITATION

# THE STATE OF TEXAS

### No.  E-0200982

### TAMMIE POLK
### VS.  FAMILY DOLLAR INC

## CITATION

### 172nd JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To:   FAMILY DOLLAR INC
      BY SERVING ITS REGISTERED AGENT
      CORPORATION SERVICE COMPANY

by serving at:
211 E 7TH STREET
SUITE 620
AUSTIN, TX    78701

DEFENDANT:

NOTICE:

      You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 27th day of November, 2017.  It bears cause number E-0200982 and is styled:

Plaintiff:

      **TAMMIE POLK**

VS.

      **FAMILY DOLLAR INC**

Defendant:

      The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

              **JUHAN, JONATHAN, Atty.**
              **985 I-10 NORTH SUITE 100**
              **BEAUMONT, TX   77706 0**

      The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

      Issued under my hand and the seal of said court, at Beaumont, Texas, this the 28th day of November, 2017.

                        JAMIE SMITH, DISTRICT CLERK
                        JEFFERSON COUNTY, TEXAS


                        BY  *Valencia Simpson*         Deputy

                        Valencia

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*  Page 1 of 2

## RETURN OF SERVICE

E-0200982                    172nd JUDICIAL DISTRICT COURT

TAMMIE POLK

FAMILY DOLLAR INC

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
FAMILY DOLLAR INC
BY SERVING ITS REGISTERED AGENT

AUSTIN, TX 78701 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ___.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy   $_____

Total                       $_____

_____, Officer

_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____.
(First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 2 of 2



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*

Certified Document Number: 1867671 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are  valid. If there is  a  question  regarding  the  validity of this document and or seal   please e-mail districtclerk@co.jefferson.tx.us**

CITATION

FILED
DISTRICT CLERK OF
JEFFERSON COUNTY, TEXAS
12/7/2017 9:23 AM
JAMIE SMITH
DISTRICT CLERK
E-200982

## THE STATE OF TEXAS

No. E-0200982

**TAMMIE POLK**
**VS. FAMILY DOLLAR INC**

### CITATION

## 172nd JUDICIAL DISTRICT COURT
## of JEFFERSON COUNTY, TEXAS

To:   FAMILY DOLLAR INC
      BY SERVING ITS REGISTERED AGENT
      CORPORATION SERVICE COMPANY

by serving at:
211 E 7TH STREET
SUITE 620
AUSTIN, TX   78701

DEFENDANT:

NOTICE:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 27th day of November, 2017. It bears cause number E-0200982 and is styled:

Plaintiff:

**TAMMIE POLK**

VS.

**FAMILY DOLLAR INC**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff if pro se) is:

    **JUHAN, JONATHAN, Atty.**
    **985 I-10 NORTH SUITE 100**
    **BEAUMONT, TX   77706-0**

    The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) ALSO ATTACHED LETTER DESIGNATING ALL CASES EFILE accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 28th day of November, 2017.

        JAMIE SMITH, DISTRICT CLERK
        JEFFERSON COUNTY, TEXAS

BY _Valencia Simpson_   Deputy

Valencia

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
January 02, 2018

AFFIDAVIT ATTACHED

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
_Jamie Smith_   Page 1 of 3

## CAUSE NO. E-0200982

| | | |
|---|---|---|
| TAMMIE POLK | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| FAMILY DOLLAR INC | § | |
| Defendant. | § | 172ND JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE - CERTIFIED MAIL

On this day personally appeared **Jerrie Meza** who, being by me duly sworn, deposed and said:

"The following came to hand on Nov 30, 2017, 8:45 am,

CITATION, PLANTIFF'S ORIGINAL PETITION, AND LETTER DESIGNATING ALL CASES EFILE,

and was executed on Thu, Nov 30 2017 by mailing to FAMILY DOLLAR INC C/O CORPORATION SERVICE COMPANY at 211 E 7TH STREET SUITE 620, AUSTIN, TX 78701, by Certified Mail, Return Receipt Requested, Receipt No. 9414711899560840766922, a true copy of this citation.

PS Form 3811 was returned on 12/06/2017 having been signed on 12/04/2017 and is attached hereto.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
Jerrie Meza
SCH11322 EXP: 01/31/2018

BEFORE ME, a Notary Public, on this day personally appeared **Jerrie Meza**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 12/07/2017

_____
Notary Public, State of Texas



SPENCER ADAM MARKS
Notary Public, State of Texas
Comm. Expires 10-31-2019
Notary ID 126271327



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Janis Smith    Page 2 of 3

12/7/2017                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs** ❯ **(http://faq.usps.com/?articleId=220900)**

## Track Another Package ✚

**Tracking Number:** 9414711899560840766922                    Remove ✕

**Expected Delivery on**

## MONDAY

# 4  DECEMBER   by
   2017 ⓘ    **8:00pm** ⓘ

⊘ **Delivered**

December 4, 2017 at 8:49 am
DELIVERED
AUSTIN, TX 78744

**Get Updates** ⌄

---

| Text & Ema | ZAKON, LLC<br>148 S Dowlen #668<br>Beaumont, TX 77707 | CERTIFIED MAIL<br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | ⌄ |
|---|---|---|---|

**Tracking Hi**

COMPLETE THIS SECTION ON DELIVERY              9414 7118 9956 0840 7669 22

A. Signature: (□ Addressee or □ Agent)
X _____

December 4, 2          B. Received by (Please Print Clearly)          RETURN RECEIPT REQUESTED
Delivered
AUSTIN, TX 78       C. Date of Delivery  DEC 0 4 2017          Article Addressed To:
Your item was
                    D. Addressee's Address (If Different From Address Used by Sender)
                                                        ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
                    Secondary Address / Suite / Apt / Flr#   (Please Print Clearly)
December 4, 2                                          Family Dollar Inc.
Arrived at Unit     Delivery Address                  C/O Corporation Service Company
AUSTIN, TX 78                                         211 E 7th St Ste 620
                    City                  State    ZIP + 4 Code   Austin TX 78701-3218
                    I CERTIFY THIS IS A TRUE COPY
                    Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9414711899560840766922%2C    1/4
Page 3 of 3



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 1870952 Total Pages: 3

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us**

**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
**11/27/2017 3:34 PM**
**JAMIE SMITH**
**DISTRICT CLERK**
**E-200982**



JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT, TX 77701

## REQUEST FOR PROCESS

All sections <u>must</u> be completed for processing this request.

---

Section 1:

Cause No. _____          Date ___November 27, 2017___

Style:

Tammie Polk
_____
VS

Family Dollar, Inc.
_____

---

Section 2:

Check Process Type:

☒ Citation   ☐ Precept to Serve / Notice of Hearing/Notice to Show Cause

☐ Temporary Restraining Order

☐ Application for Protective Order / Temporary (Ex Parte) Protective Order

☐ Notice of Registration of Foreign Judgment  ☐ Citation by Posting

☐ Writ of _____    ☐ Other_____

☐ Citation by Publication*~ Newspaper: _____

☐ Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page per pleading for copies for service)

---

Section 3:

Title of Document/Pleading to be attached for service: _____

Plaintiff's Original Petition

Note: You must furnish <u>one copy</u> of the document/pleading for <u>each</u> party served.

---

Section 4: **PARTIES TO BE SERVED (Please type or print):**

1. Name:_____ Family Dollar, Inc. (upon registered agent: Corporation Service Company)

   Address: _211 East 7th Street, Ste. 620_

   City:_____Austin_____   State:____Texas____   Zip:__78701__

2. Name:_____

   Address: _____

   City:_____   State:_____   Zip:_____



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*          Page 1 of 2

3. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

4. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

5. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

Section 5

## Check Service Type:

☐    No Service          ☐    Secretary of State

☐    Sheriff               ☐    Commissioner of Insurance

☐    Constable Pct.        ☐    Out of County

☐    Out of State         ☒    Private Process    ☐Other

☐    Certified Mail

Section 6 (ONLY if Section 7 does not apply)

**Attorney Name:** Jonathan C. Juhan

**Address:**_____ 985 I-10 North, Suite 100 _____
                                Street/P.O. Box

       Beaumont             Texas             77706
         City                    State               Zip

Attorney's Telephone No. ____ 409/832-8877 ____ Attorney's Bar No. _____ 11047225

Section 7 (ONLY if Section 6 does not apply)

**Pro-Se Name:**_____

Address:_____

                      City                    State               Zip

Telephone No. _____

Section 8

## Check Delivery Type:

☒ Hold for pick up     ☐ Mail to Attorney



**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith* Page 2 of 2



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Certified Document Number: 1867588 Total Pages: 2

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated  documents are valid. If there is a question regarding the validity of this document and or seal   please e-mail districtclerk@co.jefferson.tx.us**

# EXHIBIT 2

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
11/27/2017 3:34 PM
JAMIE SMITH
DISTRICT CLERK
E-200982

No. _____

| | | |
|---|---|---|
| TAMMIE POLK | § | IN THE DISTRICT COURT OF |
|   Plaintiff, | § | |
| | § | |
| VS. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| FAMILY DOLLAR INC. | § | |
|   Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, AND RULE 193.7 NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TAMMIE POLK, hereinafter styled Plaintiff, complaining of FAMILY DOLLAR INC., hereinafter styled Defendant, and for cause of action against said Defendant would respectfully show the Court as follows:

I.

Plaintiff designates that discovery in this cause of action shall be governed by Rule 190.3 discovery control plan (level 2) of the Texas Rules of Civil Procedure.

II.

Pursuant to Rule 47, Plaintiff TAMMIE POLK, seeks monetary relief in an amount over $100,000 but not more than $200,000.

III.

Plaintiff resides in Beaumont, Jefferson County, Texas. Pursuant to CPRC §30.014(2), the last three numbers of Plaintiff's social security number are 546.

IV.

Defendant, FAMILY DOLLAR INC., is a corporation, company, partnership,

1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
January 02, 2018
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
Jamie Smith  Page 1 of 5

proprietorship or some such business entity.   That said Defendant does business in the State of Texas and from time to time within the jurisdiction of this Honorable Court; that said Defendant may be served with process by serving its agent for service, Corporation Service Company, at 211 East 7th Street, Ste. 620, Austin, Texas 78701.

**SERVICE IS REQUESTED AT THIS TIME.**

Plaintiff invokes Rule 28 of the Texas Rules of Civil Procedure, as appropriate.

V.

On or about December 28, 2015, in Beaumont, Jefferson County, Texas, Plaintiff, TAMMIE POLK was a customer at Defendant, FAMILY DOLLAR INC., located at 1519 Magnolia Avenue, when she slipped and fell due to a box(es) which were in the aisle.   There were no warning signs in or around the area.   The incident resulted in the serious injuries and damages complained of herein.

VI.

On the occasion in question the Defendant was guilty of various acts, wrongs and omissions.   Each and all constituted negligence and such negligence was a proximate cause of the injuries and damages of which Plaintiff complains.

In the alternative, Plaintiff would show that the Defendant owed a duty to the general public, including Plaintiff TAMMIE POLK, to use ordinary care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises or to warn of their existence.

Plaintiff was an invitee at the time of the injury, therefore the Defendant owed her a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises

2

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith   Page 2 of 5

to discover latent defects, and to make safe any defects or give an adequate warning of any dangers.  Defendant's conduct and that of their agents, servants and employees, acting within the scope of their employment, constituted a breach of the duty of ordinary care owed by Defendant to Plaintiff.  Defendant knew or should have known the conditions in its retail area created an unreasonable risk of harm to invitees, in that the Defendant knew or should have known of the danger of customers falling due to the dangerous condition described above.  Defendant knew this condition caused an unreasonable risk of harm to persons such as the Plaintiff who would be frequenting their retail establishment.  Defendant failed to exercise ordinary care to reduce or eliminate this risk, or warn invitees, such as Plaintiff, regarding the dangerous condition.  Each of these acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages as described below.

VII.

As a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff, TAMMIE POLK has suffered with severe and debilitating pain and injury to her left hip, thigh, knee, and ankle, with soreness to the body in general.  That because of such injuries she has suffered the following:

1. Reasonable and necessary medical expenses - past

2. Reasonable and necessary medical expenses - future

3. Loss of earnings and earning capacity - past

4. Loss of earnings and earning capacity - future

5. Physical impairment - past

6. Physical impairment - future

3



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 3 of 5

7.      Physical pain - past

8.      Physical pain - future

9.      Mental anguish - past

10.     Mental anguish – future

11.     Disfigurement – past

12.     Disfigurement - future

In this connection, Plaintiff would show the Court that the damages sought are within the jurisdictional limits of this Honorable Court, for which she sues the Defendant herein.

VIII.

Under Texas Rule of Civil Procedure 194, Plaintiff requests that each Defendant disclose, within 50 days of service of this request, the information or material described in Rule 194.2 (a) through (l).

IX.

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendant that any and all documents produced by Defendant may be used against Defendant at any pretrial proceeding and/or at the trial of this matter without the necessity of authenticating the documents.

X.

Plaintiff, TAMMIE POLK says that if in the event she had pre-existing conditions in her body prior to this incident that such conditions were painless and symptom-free, but because of the injuries she suffered in this incident, such conditions were lighted up, aggravated and precipitated.

4



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith   Page 4 of 5

WHEREFORE, premises considered, Plaintiff prays that the Defendant be cited to appear and answer herein; that upon a trial of this cause that Plaintiff has and recovers of and from the Defendant judgment for the damages as may be deemed just and fair by the Court; that she has such judgment, together with all legal interest, including pre-judgment interest, costs of suit and for other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

BY:   /s/ *JONATHAN C. JUHAN*
　　　JONATHAN C. JUHAN
　　　SBN: 11047225
　　　jonathanjuhan@sbcglobal.net
　　　J. J. BRAGG
　　　SBN: 00790356
　　　jjbragglaw@att.net
　　　Attorneys for Plaintiff
　　　985 I-10 North, Ste. 100
　　　Beaumont, TX 77706
　　　409/832-8877 - Telephone
　　　409/924-8880 - Facsimile

5


I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 02, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith
Page 5 of 5

 I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Certified Document Number: 1867585 Total Pages: 5

**In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal  please e-mail districtclerk@co.jefferson.tx.us**

## CAUSE NO. E-200982

| | | |
|---|---|---|
| TAMMIE POLK, | § | IN THE DISTRICT COURT |
| | § | |
|   *Plaintiff,* | § | |
| | § | |
| v. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| FAMILY DOLLAR, INC. | § | |
| | § | |
|   *Defendants.* | § | 172ND JUDICIAL DISTRICT |
| | § | |

## DEFENDANT FAMILY DOLLAR, INC.'S
## ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant FAMILY DOLLAR, INC., (hereinafter referred to as "Defendant") files its Original Answer as follows:

## GENERAL DENIAL

Defendant denies each and every, all and singular, of the material allegations contained within Plaintiff's pleadings and demand strict proof thereof.

## JURY DEMAND

In accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, Defendants demand a trial by jury.

## PRAYER

Defendant FAMILY DOLLAR, INC., prays that PLAINTIFF, TAMMIE POLK, take nothing by this lawsuit, that Defendant goes hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to

which Defendant may show itself justly entitled.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN P.C.**

5051 Westheimer Road, Suite 1000
Houston, Texas 77056
713.425.7400 / Fax 713.425.7700

By: _____ */s/ Kevin P. Riley* _____
     Kevin P. Riley
     *Attorney-in-Charge*
     State Bar No.16929100
     E-Mail: kriley@krcl.com
     Andrew J. Mihalick
     State Bar No. 24036339
     E-Mail: amihalick@krcl.com

-and-

     Zach T. Mayer
     State Bar No. 24013118
     E-Mail: zmayer@krcl.com
     Robin R. Gant
     State Bar No. 24069754
     E-Mail: rgant@krcl.com
     1601 Elm Street, Suite 3700
     Dallas, Texas 75201
     214.777.4200 / Fax 214.777.4299

**ATTORNEYS FOR DEFENDANT
FAMILY DOLLAR, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of January, 2018, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Jonathan C. Juhan
E-mail: jonathanjuhan@sbcglobal.net
J.J. Bragg
E-mail: jjbragglaw@att.net
985 I-10 North, Ste 100
Beaumont, Texas 77706
(409) 924-8880 (Fax)

*Attorneys for Plaintiff*

☐ E-MAIL
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ ECM
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

_/s/ Kevin P. Riley_
Kevin P. Riley

# EXHIBIT 3

PAGE OF 1
E-FILE: 11/27/17 TO CURRENT

# CIVIL DOCKET, DISTRICT COURT

CASE NO. E-0200982-

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|---|
| E-0200982- | POLK, TANNIE<br>VS<br>FAMILY DOLLAR INC | JUHAN, JONATHAN PLTF<br>NO ATTORNEY AT THIS TIME DEFT | PERSONAL INJURY | 11/27/2017 |

| DATE OF ORDERS | ORDERS OF THE COURT | DISPOSITION DATE | JURY FEE | DATE | PROCESS |
|---|---|---|---|---|---|

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

JAN 0 2 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAMMIE POLK, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| *v.* | § | CIVIL ACTION NO. _____ |
| | § | **JURY DEMANDED** |
| | § | |
| FAMILY DOLLAR, INC., | § | |
| | § | |
| *Defendant.* | § | |

---

## DEFENDANT FAMILY DOLLAR, INC.'S
## LIST OF ALL COUNSEL OF RECORD

---

Defendant, FAMILY DOLLAR, INC.'S ("Defendant"), files this List of Counsel pursuant to LR 81 as follows:

A list of all counsel of record, including addresses, telephone numbers and parties represented.

### *Counsel for Plaintiff*
### *Tammie Polk*

Jonathan C. Juhan
State Bar No. 11047225
J.J. Bragg
State Bar No. 00790356
985 I-10 N., Suite 100
Beaumont, Texas 77706
(409) 832-8877
(409) 924-8880 (Fax)

**_Counsel for Defendant_**
**_Family Dollar, Inc._**

Kevin P. Riley, _Attorney-in-Charge_
State Bar No. 16929100
E-mail: kriley@krcl.com
Andrew J. Mihalick
State Bar No. 24046439
E-mail: amihalick@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
713.425.7400

-and-

Zach T. Mayer
State Bar No. 24013118
Email:  zmayer@krcl.com
Robin R. Gant
State Bar No. 24069754
E-mail:  rgant@krcl.com
1601 Elm Street, Suite 3700
Dallas, Texas 75201
214.777.4200

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:   *s/ Kevin P. Riley*
         Kevin P. Riley
         *Attorney-in-Charge*
         State Bar No. 16929100
         E-Mail: kriley@krcl.com
         Andrew J. Mihalick
         State Bar No. 24046439
         E-Mail: amihalick@krcl.com
         5051 Westheimer Road, Suite 1000
         Houston, Texas 77056
         713.425.7400

         -and-

         Zach T. Mayer
         State Bar No. 24013118
         E-Mail: zmayer@krcl.com
         Robin R. Gant
         State Bar No. 24069754
         E-Mail: rgant@krcl.com
         1601 Elm Street, Suite 3700
         Dallas, Texas 75201
         214.777.4200

**ATTORNEYS FOR DEFENDANT**
**FAMILY DOLLAR, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 2nd  day of January, 2018, a true and correct copy of the foregoing instrument was being served on all counsel of record, as follows:

Jonathan C. Juhan
E-mail: jonathanjuhan@sbcglobal.net
J.J. Bragg
E-mail: jjbragglaw@att.net
985 I-10 North, Ste 100
Beaumont, Texas 77706
(409) 924-8880 (Fax)

☐ E-Mail
☐ HAND DELIVERY
☐ FACSIMILE
☐ OVERNIGHT MAIL
☐ REGULAR, FIRST CLASS MAIL
☒ ECM
☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED

s/ *Kevin  P. Riley*
Kevin P. Riley