| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| TAMMIE POLK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION 1:18-CV-5 |
| | § | |
| FAMILY DOLLAR, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#16), this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 30th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE